[No. 42477-7-I.    Division One.    June 28, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM SOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06773-3, John M. Darrah, J., entered March 27, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42526-9-I.    Division One.    June 28, 1999.]

THE STATE OF WASHINGTON, *Appellant*, v. MANSUR SULAYMAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-01032-7, Charles W. Mertel, J., entered April 2, 1998. *Reversed* by unpublished opinion per Grosse, J., concurred in by Becker and Ellington, JJ. Now published at 97 Wn. App. 185.

[No. 42549-8-I.    Division One.    June 28, 1999.]

THE CITY OF SEATTLE, *Respondent*, v. MEREL MARVIN WILLIAMSON, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-05466-2, Nicole MacInnes, J., entered April 21, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 42571-4-I.    Division One.    June 28, 1999.]

G.W. EQUIPMENT LEASING, INC., *Respondent*, v. MT. MCKINLEY FENCE CO., INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-28875-6, Jim Bates, J., entered April 8 and 20, 1998. *Reversed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Webster, JJ. Now published at 97 Wn. App. 191.